In the Matter of GEORGE KOHN, as Executor of HENRY W. PROSSER, Deceased, Appellant, against SPENCER E. BATES, as Commissioner of Taxation and Finance of the State of New York, Respondent.

Argued February 27, 1950; decided April 6, 1950.

*George Kohn,* appellant in person.

*Nathaniel L. Goldstein, Attorney-General (Irving I. Waxman* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.